# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MORGAN GREEN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| V. | )<br>) |
| CREDIT ONE BANK, N.A., | )  CIVIL ACTION NO. _____ |
| Defendants. | )<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO:   United States District Court, District of Connecticut:

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1331, 1367, and 1441, Defendant Credit One Bank, N.A. ( "Credit One"), by and through their undersigned counsel, hereby removes this action from the Superior Court J.D. of Tolland at Rockville, CT to the United States District Court for the District of Connecticut, where there is a question of federal law at issue.

A true and correct copies of all process, pleadings, orders, and other documents filed in the aforesaid state court action are attached as Exhibit A. Credit One is the only defendant in this action. Credit One respectfully states the following grounds for removing this action:

### RELEVANT FACTS

1. Credit One is a defendant in the civil action entitled *Morgan Green vs. Credit One Bank, N.A.*, Docket No. TTDCV245018560S pending in the Superior Court J.D. of Tolland at Rockville, CT ("State Court Action").

2. Plaintiff Morgan Green ("Plaintiff") filed a Complaint on October 28, 2024, which

**Unknown**

was served on Credit One on November 4, 2024. ("Compl." Exhibit A).

3. Plaintiff alleges claims against Credit One for violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.* (the "FCRA"); the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.;* the Truth in Lending Act ("TILA")*, 15 U.S.C. § 1601 et seq.*; the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45; the Credit Card Accountability Responsibility and Disclosure Act, 15 U.S.C. §§ 1601, *et seq.* ("Care Act"), and Connecticut state law claims. *See* Compl. ¶ 1.

4. As of result of the alleged violations of federal law and certain state law claims, Plaintiff demands judgement against Credit One, for actual damages, punitive damages, statutory damages, attorneys' fees, and costs, and injunctive relief. (Plaintiff's Complaint Prayer for Relief).

5. As of December 4, 2024, no other pleadings or papers have been filed with the State Court.

6. The United States District Court for the District of Connecticut embraces the place where the State Court Action is pending.

## TIMELINESS OF REMOVAL

1. The Complaint was served on Credit One on November 4, 2024. This Notice of Removal is therefore timely because it was filed within 30 days of service on Credit One.

## THE COURT HAS SUBJECT MATTER JURISDICTION

2. Removal is proper under 28 U.S.C. § 1331, because the Plaintiff alleges, *inter alia*, federal claims against Credit One under FCRA, FDCPA, TILA, the FTC Act, and the Care Act (collectively the "Federal Statutes").

3. United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America such as the Federal Statutes.

4.	Removal of such cases is governed by 28 U.S.C. §§ 1331 and 1441(a).  Section 1331 states, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  Further, Section 1441(a) states any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

5.	Plaintiff's causes of action for alleged violation of the Federal Statutes "arises under" the laws of the United States.  *See* 28 U.S.C. § 1331; 15 U.S.C. § 1681, *et seq.*  Therefore, this Court may properly exercise jurisdiction over this claim pursuant to 28 U.S.C. § 1331.

6.	Pursuant to 28 U.S.C. § 1367, this Court may also exercise supplemental jurisdiction over any state law claims not governed by federal law.

## REMOVAL IS PROPER

7.	This action is currently pending in the Superior Court J.D. of Tolland at Rockville, CT and may be removed to the United States District Court for the District of Connecticut.  Accordingly, this case is properly removable as the requirements for federal question jurisdiction are satisfied.

8.	Credit One reserves all rights, claims, and defenses relative to the action filed by Plaintiff and expressly does not waive any defense available in filing this notice.

9.	Pursuant to 28 U.S.C. § 1446(d), Credit One will promptly serve this Notice of Removal upon all parties and shall promptly serve a copy thereof upon the clerk of the Superior Court J.D. of Tolland at Rockville, CT.

**WHEREFORE**, Defendants Credit One Bank, N.A., respectfully requests that the matter designated by the Complaint be removed to the United States District Court for the District of

Connecticut, and proceed before this Court as an action properly removed.

| | |
|---|---|
| Dated: December 4, 2024 | HOLLAND & KNIGHT LLP |

*Stephen J. Riccardulli*
Stephen J. Riccardulli
787 Seventh Avenue, 31st Floor
New York, NY  10019
(212) 513-3200
Stephen.Riccardulli@hklaw.com

*Counsel for Defendant
Credit One Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed with The Court's E-Filing Portal on December 4, 2024 which will notify all parties of record authorized to receive such filings. Additionally, a copy of same was sent, via overnight mail and email, to Plaintiff at the address of record:

Morgan Green
Plaintiff Pro Se
P.O. Box 1691
Vernon, CT 06066
Tel: (860) 392-8743
Email: morganmg@mail.com

*Stephen J. Riccardulli*
Stephen J. Riccardulli